IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY A. PEREZ, | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-0368 |
| | § | |
| ADRIAN GARCIA, | § | |
|     Respondent. | § | |

## ORDER OF DISMISSAL

The petitioner, Bradley A. Perez, has filed a Motion for Voluntary Dismissal. (Docket Entry No. 5). A petitioner may move for a voluntary dismissal under Fed. R. Civ. P. 41(a) of the Federal Rules of Civil Procedure. The petitioner's Motion for Voluntary Dismissal is granted. This case is dismissed, without prejudice.

SIGNED on July 29, 2010, at Houston, Texas.

                                                            Lee H. Rosenthal
                                          United States District Judge